IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMARA BROWN                                                                                          PLAINTIFF

VS.                                                                        CIVIL NO. 3:20-CV-118-MPM-DAS

SMILE CENTER, et al,                                                                              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 8, 2020, was on that date duly served by first class mail upon the plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by the plaintiff. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 8, 2020, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. The plaintiff's application to proceed *in forma pauperis* is denied. The plaintiff shall pay the filing costs within fourteen days of this order. Should the plaintiff fail to pay the costs, this action shall be dismissed without prejudice

THIS the 17th day of June, 2020.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**