UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMARA BROWN     PLAINTIFF

V.     CIVIL ACTION NO. 3:20-CV-118-DAS

SMILE CENTER, et al.     DEFENDANT(S)

## ORDER

The plaintiff motion for failure to make disclosure or to cooperate in discovery is denied. The defendants have not been served in this action. After the parties have answered, the court will issue an order setting the Case Management Conference and commencing the beginning of discovery. To the extent that the defendants may not have responded to requests for medical records prior to the filing of suit, Fed.R.Civ.P. 37 is inapplicable.

**SO ORDERED** this the 31st day of July, 2020.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE